UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Junior Eustace Benjamin, | ) | |
| | ) | CASE NO.: 16-53044-PMB |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

### MOTION TO DISMISS

COMES NOW Adam M. Goodman, Trustee in the above styled matter, and respectfully shows the Court as follows:

1. Debtor has filed a petition for relief under Chapter 13.
2. Debtor has failed to comply with this Court's Order requiring regular monthly Plan payments. Debtor should have paid $17,442.00. Debtor has paid a total of $13,869.00, causing a delinquency of $3,573.00. Debtor's Plan violates 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6).
3. Debtor's Plan will exceed 60 months, in violation of 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6); see also 11 U.S.C. § 1322(d).
4. In additon, Debtor failed to remit the 2016 income tax returns, or any resulting refund to the Trustee. Accordingly, Debtor is in material default of the terms of the confirmed Plan and has caused unreasonable delay that is prejudicial to the creditors. The case should be dismissed. 11 U.S.C. §§ 1307(c)(1) and 1307 (c)(6).

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: June 12, 2017

Prepared and Presented by:

/s/

Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>Junior Eustace Benjamin, | )<br>)<br>)<br>)<br>) | CHAPTER 13<br><br>CASE NO.: 16-53044-PMB |
| DEBTOR. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS**

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held July 20, 2017 at 2:00 pm in the Richard B. Russell Building, 75 Ted Turner Drive S.W. Courtroom 1202, Atlanta, GA 30303-3367.

All written objections shall state the grounds therefor and shall be filed with the Clerk, United States Bankruptcy Court: Richard B. Russell Building, 75 Ted Turner Drive S.W., Room 1340, Atlanta, GA 30303.

A copy of any objection should be furnished to the Chapter 13 Trustee:

Adam M. Goodman, Standing Chapter 13 Trustee, 260 Peachtree St NW, Suite 200, Atlanta, GA 30303.

Prepared and Presented by:

Dated: June 12, 2017

/s/

Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Junior Eustace Benjamin, | ) ) ) | CASE NO.: 16-53044-PMB |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    JUNIOR EUSTACE BENJAMIN
    3309 MAPLELEAF WAY
    POWDER SPRINGS, GA  30127

    DEBTOR(S) ATTORNEY:

    THE SLOMKA LAW FIRM, PC
    1069 SPRING STREET, NW
    2ND FLOOR
    ATLANTA, GA  30309

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

    June 12, 2017

    Prepared and Presented by:

    /s/
    Jason L. Rogers
    Attorney for Chapter 13 Trustee
    GA Bar No. 142575
    260 Peachtree Street, NW, Suite 200
    Atlanta, GA 30303
    (678) 510-1444 Phone
    (678) 510-1450 Fax